DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES DARRYL SLAYTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-947

_____

September 17, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court
for Hillsborough County; Michelle Sisco, Judge.

PER CURIAM.

    Affirmed.

SILBERMAN, KELLY, and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.